UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE TURNER,

        Plaintiff,                        Case No.  1:16-CV-7

v.                                        HON. GORDON J. QUIST

UNKNOWN TACKETT,

        Defendant.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On February 27, 2017, Magistrate Judge Kent issued a Report and Recommendation recommending that the Court grant Defendant's motion for summary judgment as to Plaintiff's "official capacity" claim against Defendant and deny the motion in all other respects. The magistrate judge also recommended that Plaintiff's motion to amend be denied. The Report and Recommendation was duly served on the parties on February 27, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Accordingly, the Court will adopt the Report and Recommendation. Therefore,

**IT IS HEREBY ORDERED** that the February 27, 2017, Report and Recommendation (ECF No. 12) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 6) is **GRANTED** with regard to Plaintiff's "official capacity" claim against Defendant and **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend (ECF No. 10) is **DENIED**.

Dated:  March 17, 2017                                  /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE